**Opinion issued August 27, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00396-CV

———————————

**LINDA SMITH AND JOHN SMITH, Appellants**

**V.**

**ROLLING DOUGH, LTD. D/B/A PANERA BREAD; ROLLING DOUGH ENTERPRISES, L.L.C.; ATASCOCITA COMMONS ASSOCIATES, L.P.; AND TC HOUSTON, INC., Appellees**

---

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Case No. 2010-32015**

---

## MEMORANDUM OPINION

Appellants, Linda Smith and John Smith, have filed a motion to dismiss the appeal. No other party has filed a notice of appeal, and no opinion has issued. Further, although appellants failed to include a certificate of conference in their

motion, more than 10 days have passed and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Bland.